

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00582-CR

Timothy Paul **MURNANE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12995
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 27, 2021.

_____
Beth Watkins, Justice